SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson, | Case No. **2:10-cv-01533-FCD-GGH** |
| Plaintiff, | STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL OCTOBER 21, 2010 FOR DEFENDANT BMH FAMILY PROPERTIES, LLC TO RESPOND TO COMPLAINT |
| vs. | |
| BMH Family Properties, LLC, | |
| Defendant. | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, BMH Family Properties, LLC, by and through their respective attorneys of record, Scott N. Johnson; James J. Kaufman, stipulate as follows:

1. An extension of time has been previously obtained for Defendant BMH Family Properties,

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

LLC until September 21, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant BMH Family Properties, LLC is granted a further extension until October 21, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

IT IS SO STIPULATED effective as of September 23, 2010

Dated:  September 23, 2010          /s/James J. Kaufman
                                    James J. Kaufman,
                                    Attorney for Defendant
                                    BMH Family Properties,
                                    LLC

Dated:  September 23, 2010          /s/Scott N. Johnson
                                    Scott N. Johnson,
                                    Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendant BMH Family Properties, LLC shall have until October 21, 2010 to respond to complaint.

Dated: September 24, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2