SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>    vs.<br><br>BMH Family Properties, LLC.<br><br>            Defendants. | Case No. **2:10-cv-01533-FCD-GGH**<br><br>PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT; **ORDER**<br><br>Joint Status Conference Statement: October 4, 2010 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from October 4, 2010 to November 8, 2010. Plaintiff filed a Stipulation and Proposed Order on September 24, 2010 granting Defendants an extension of time to respond to the complaint until October 21, 2010. A continuance of the date for filing a joint status conference statement from October 4, 2010 to November 8, 2010 would give the Defendants time to file a

response to Plaintiff's complaint and for Plaintiff and Defendants to engage in settlement discussions.

Dated:   September 24, 2010       /s/Scott N. Johnson ____

                                  Scott N. Johnson,

                                  Attorney for Plaintiff

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to November 8, 2010.

Dated:    September 24, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE