UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

   v.

BMH FAMILY PROPERTIES, LLC.,

        Defendant.
_____/

NO. CIV. S-10-1533 FCD GGH

**ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS**

----oo0oo----

    On October 26, 2010, plaintiff, Scott N. Johnson notified this court that the above matter had settled.  On October 26, 2010, the court issued an Order for Dispositional Documents which required the parties to file said documents no later than November 23, 2010.  On December 2, 2010, an email was sent to plaintiff Scott N. Johnson from the Courtroom Deputy Clerk, inquiring as to the status of the dispositional documents.  As of today's date no response has been received from plaintiff

regarding the status of the case, nor have dispositional documents been filed.

The Court considers plaintiff's failure to comply with its October 25, 2010 order and the non-response to the court's email inquiry of December 2, 2010, a very serious violation.

The court, therefore, makes the following order:

1.  Mr. Johnson is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to comply with the court's October 25, 2010 order and the court's email of December 2, 2010.

2.  Plaintiff shall file a response to the Order to Show Cause on or before December 30, 2010.

3.  A hearing on the order to show cause is set for January 14, 2011, at 10:00 A.M.

IT IS SO ORDERED.

DATED: December 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE